ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHAN YU,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security *et al.*,<br><br>        Defendants. | C 4:24-cv-02674 KAW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On July 25, 2024, the Court granted the parties' request to stay proceedings until December 19, 2024, to allow time for the agency to interview and adjudicate Plaintiff's asylum application. *See* Dkt. 19. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on August 21, 2024. Following the interview, Plaintiff submitted additional documents and USCIS scheduled a follow-up interview for February 14, 2025.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 17, 2025, at which time the parties will file a joint status report with the Court. At that time, the

Joint Status Report & Stipulation
C 4:24-cv-02674 KAW                          1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 19, 2024                    Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 19, 2024

/s/ David W. Ewing
DAVID W. EWING
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 26, 2024

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.